**Opinion issued May 12, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00806-CV

———————————

**LISA DAVIS, Appellant**

**V.**

**DALAYNA SMITH, Appellee**

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Case No. PR-0074876A**

## MEMORANDUM OPINION

Appellant, Lisa Davis, has filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.